IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN FONTENOT | : | |
| | : | |
| **Plaintiff,** | : | Case No.: 5:21-cv-01621 |
| vs. | : | |
| | : | |
| FLUOR CORPORATION, et al. | : | |
| | : | |
| **Defendants.** | : | |

**STIPULATION OF DISMISSAL OF FLUOR CORPORATION AND FLUOR DANIELS CORPORATION WITHOUT PREJUDICE**

It is hereby Stipulated by and among the undersigned, counsel for the Plaintiff and for all Defendants, that Defendants Fluor Corporation and Fluor Daniels Services Corporation be and hereby are dismissed from this action, without prejudice of Plaintiff's right to rejoin and re-assert claims against these Defendants only if discovery produces information support a valid claim against Fluor Corporation and/or Fluor Daniels Services Corporation.

**IT IS SO STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Bradley J. Vance* | */s/ Vlada Tasich* |
| Bradley J. Vance, Esquire | Vlada Tasich, Esquire |
| PA Bar No. 58850 | PA Bar No. 88679 |
| Reger Rizzo & Darnall LLP | Marshall Dennehey Warner |
| Cira Centre, 13th Floor | Coleman & Goggin |
| 2929 Arch Street | 2000 Market Street, Suite 2300 |
| Philadelphia, PA 19104 | Philadelphia, PA 19103 |
| bvance@regerlaw.com | vxtasich@mdwcg.com |
| **Counsel for Defendants** | **Counsel for Defendants** |
| **Fluor Corporation** | **MC Project Company, LLC, Martins Creek, LLC, Talen Energy, General Electric Company, GE Steam Power, Inc., f/k/a Alstom Power, Inc., and FieldCore Service Solutions, LLC** |
| Dated: | Dated: |

4833-5762-1232, v. 1

*/s/ Joseph A. Cullen, Jr.*
Joseph A. Cullen, Jr., Esquire
PA Bar No. 82167
Stark & Stark
777 Township Line Road, Suite 120
Yardley, PA 19067
jcullen@stark-stark.com
*Counsel for Plaintiff*

Dated: July 2, 2021

                                     **IT IS SO ORDERED.**

Dated:                                         _____
                                                             U.S.D.J.